

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2019

**BY EMAIL/ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: *United States v. Ryan Rainford, a/k/a "Ace,"* S1 18 Cr. 289 (SHS)

Dear Judge Stein:

**MEMO ENDORSED**

The Government respectfully submits this letter to request a one week extension of the deadline to file the Government's sentencing submission concerning defendant Ryan Rainford. The Court previously set December 13, 2019 as the date by when the Government must file its sentencing submission. However, I have been out of the office because my wife gave birth earlier this week. Defendant Rainford's sentencing is currently scheduled for January 7, 2020, and thus a one week extension of the deadline to file the Government's sentencing submission should not affect the date of the sentencing. The defendant, through his attorney, Calvin Scholar, Esq., consents to this request.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: /s/
Nicholas Chiuchiolo
Assistant United States Attorney
(212) 637-1247

*The government's sentencing submission is due by Dec. 20, 2019*

cc: Calvin Scholar, Esq. (by ECF)

SO ORDERED 12/18/19

SIDNEY H. STEIN
U.S.D.J.