# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner  
Edward V. Sapone, Esq., Partner

Michael Vitaliano, Esq., Associate

MANHATTAN  
40 Fulton Street, 17th Floor  
New York, New York 10038  
Telephone: (212) 349-9000  
Facsimile: (212) 349-9003  
E-mail: ed@saponepetrillo.com

LONG ISLAND  
1103 Stewart Avenue, Suite 200  
Garden City, New York 11530  
Telephone: (516) 678-2800  
Facsimile: (516) 977-1977  
E-mail: bill@saponepetrillo.com

July 12, 2021

Hon. Sidney H. Stein  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**MEMO ENDORSED**

Re: *United States of America v. Kalkanis, et al.*  
Indictment No.: 18-CR-289

Dear Judge Stein:

I am retained counsel to Defendant Peter Kalkanis in the above-referenced case. I write to respectfully request that Mr. Kalkanis be permitted to travel to Livingston, New Jersey on July 17, 2021, and to return home that same day so that he attend his best friend's wedding.

By way of background, on April 19, 2018, Mr. Kalkanis was presented at his initial appearance before the Hon. Stewart D. Aaron. On that date, he was released on a $250,000 personal recognizance bond, secured by the signatures of three financially responsible people. His travel was restricted to the Southern and Eastern districts of New York and the Eastern District of Pennsylvania. On May 11, 2018, Judge Swain also permitted Mr. Kalkanis to travel to the District of Connecticut for work. He has been compliant with all of the terms of his release.

Pretrial Services, by Officer Madalyn Toledo, takes no position on this request. The Government, by A.U.S.A. Alexandra Rothman, consents.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

/s/ Edward V. Sapone
Edward V. Sapone

cc: A.U.S.A. Alexandra Rothman (via ECF)
P.T.O. Madalyn Toledo   (via E-mail)

**Defendant's request to travel to Livingston, New Jersey on July 17, 2021, and to return home that same day is granted.**

**Dated:** New York, New York
July 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.