

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2023

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Peter Kalkanis*, **18 Cr. 289 (SHS)**

Dear Judge Stein:

The Government writes, with the consent of defense counsel, to respectfully request that the defendant's sentencing be adjourned from June 2, 2023 until June 6, 2023, at 12:00 p.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Alexandra Rothman
Alexandra Rothman
Assistant United States Attorney
(212) 637-2580

cc: Edward Sapone, Esq. (by ECF)

**The sentencing is adjourned to June 6 at 12:00 p.m. The deadline for sentencing submissions remains as previously set.**

**Dated: New York, New York**
**April 12, 2023**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.